UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No.: 24-cr-10035-JEK |
| | ) |
| HAN LEE | ) |

## MOTION FOR RULE 11 HEARING

The Defendant, Han Lee, respectfully requests that the Court schedule a Rule 11 hearing. The Defendant intends to enter a guilty plea as to the charges lodged against her. The Defendant notes that a Korean interpreter will be necessary at the Rule 11 hearing.

Respectfully submitted,
HAN LEE
By her Attorney,

*/s/ Scott Lauer*
Scott Lauer, BBO# 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Telephone 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 29, 2024.

*/s/ Scott Lauer*
Scott Lauer