UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America**<br>    v.<br>**James Lee** | No. 24-CR-10035-JEK |

### MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE
*Assented-to by Government*

Defendant James Lee hereby moves to continue the Initial Pretrial Conference scheduled for September 13, 2024, for a period of approximately 45 days. The government assents.

The parties are involved in good faith discussions concerning a potential resolution and seek this continuance to further these efforts.

The defendant waives Rule 36 for time that accrues until the new date.

> JAMES LEE
> By his Attorney,
>
> /s/ *Keith Halpern*
> Keith Halpern, BBO # 545282
> 572 Washington Street, Suite 19
> Wellesley, MA 02482
> (617) 722-9952

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 9, 2024.

/s/ *Keith Halpern*