PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

FILED
CLERK, U.S. DISTRICT COURT
05/07/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA DEPUTY

DOCKET NUMBER *(Tran. Court)*
0101 1:24CR10035-002 JEK

DOCKET NUMBER *(Rec. Court)*
2:26-cr-00290-CV

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

James Lee
Central District of California

DISTRICT
Massachusetts

DIVISION

NAME OF SENTENCING JUDGE
The Honorable Julia E. Koblik

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 10/8/2025 | 10/7/2028 |

OFFENSE

18 USC § 371: Conspiracy to Persuade, Induce, Entice and Coerce One or More Individuals to Travel in Interstate or Foreign Commerce to Engage in Prostitution (Count 1s)
18 U.S.C. § 1956(h): Money Laundering (Count 2s)
18 U.S.C. § 1343: Wire Fraud (Count 3s)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Permanent Residency

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Massachusetts

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 13, 2026
*Date*

Julia Kobick
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 7, 2026
*Effective Date*

Dolly M. Gee
*Chief United States District Judge*